IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID W. LESTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D15-5500

PROGRESSIVE          EXPRESS
INSURANCE COMPANY,

    Appellee.

_____/

Opinion filed November 18, 2016.

An appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Bradley S. Odom and Richard D. Barlow of Odom & Barlow, P.A., Pensacola, for
Appellant.

Randall G. Rogers and Kathryn L. Ender of Cole Scott & Kissane, Miami, for
Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.